AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Global Licensing, Inc.<br>a Michigan Corporation,<br><br>Plaintiff(s)<br>v.<br>THE VUE GENTLEMAN'S CLUB, an Unknown Business Entity, and Michael Tomkovich an Individual, Jointly and Severally<br><br>Defendant(s) | Civil Action No. 8:18cv2113 T 23 AAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Tomkovich
2973 Mayport Road
Atlantic Beach Florida 32233

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Neal G. Rosensweig
NEAL GARY ROSENSWEIG P.A.
P.O. Box 814598
Hollywood, Florida 33081-4598

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 24 2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*