UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLOBAL LICENSING, INC.,

    Plaintiff,

v.   Case No: 8:18-cv-2113-T-23AAS

THE VUE GENTLEMAN'S CLUB and
MICHAEL TOMKOVICH,

    Defendants.
_____

## NOTICE TO COUNSEL

### Jeffrey S. Sherbow and Matthew S. Wood

Please review Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida for non-resident attorneys. Note the fourteen (14) day deadline. Please go to www.flmd.uscourts.gov under the "For Lawyers" section for further information or call the Clerk's Office for the division in which you will be filing.

**Motion to Appear Pro Hac Vice:**

Local Counsel: Please file a Motion to Appear Pro Hac Vice electronically on behalf of the non-resident attorney(s).

**Special Admission Fee:**

The $150.00 fee is per attorney appearing Pro Hac Vice per case.

Once the Special Admission fee has been submitted and the motion to appear pro hac vice has been granted, counsel must register for a CM/ECF login and password.

                                  ELIZABETH M. WARREN,
                                  CLERK

                                  s/C.R., Deputy Clerk