UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLOBAL LICENSING, INC.,
a Michigan Corporation,

                                                  Case No: 8:18-cv-2113-T-23AAS

       Plaintiff,

v.

THE VUE GENTLEMAN'S CLUB, an Unknown
Business Entity and MICHAEL TOMKOVICH
an Individual

       Defendants.
_____/

## MOTION FOR ADMISSION *PRO HAC VICE* FOR JEFFREY S. SHERBOW CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

Plaintiff, **GLOBAL LICENSING, INC.**, a Michigan corporation, ("GLOBAL" or "Plaintiff"), by and through undersigned counsel, hereby moves this Court for the *pro hac vice* admission of Jeffrey S. Sherbow. In support of this Motion, the undersigned states as follows:

1.    Neal Gary Rosensweig, as undersigned counsel of record for Plaintiff, in compliance with Local Rule 2.02 of the Rules of the United States District Court for the Middle District of Florida, moves this Court for the admission of Jeffrey S. Sherbow (MI Bar No. P25324) of the Law Offices of Jeffrey S. Sherbow PC, 2446 Orchard Lake Road, Sylvan Lake, Michigan 48320, telephone number (248) 481- 9362, email jeff@sherbowlaw.com for the purpose of appearing as co-counsel *pro hac vice* on behalf of Plaintiff in the above-captioned matter.

2.    Jeffrey S. Sherbow certifies that he is familiar with and shall be governed by the Local Rules of the United States District Court for the Middle District of Florida, including without

1

limitation, the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

3. Jeffrey S. Sherbow certifies that he is not a resident of the State of Florida; he does not maintain a regular practice in the State of Florida and is not admitted to practice in the Middle District of Florida.

4. In compliance with Local Rule 2.02 of the United States District Court, Middle District of Florida, Jeffrey S. Sherbow certifies that he is a member in good standing of the Michigan State Bar and the US District Courts in both the Eastern and Western Districts of Michigan. A certification in accordance with Local Rule 2.02 is attached hereto as Exhibit "A".

5. The undersigned, Neal Gary Rosensweig, of the law firm of Neal Gary Rosensweig, P.A., is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida and is authorized to file through the Court's electronic filing system. Neal Gary Rosensweig consents to be the person with whom the Court and counsel may communicate, upon whom notices and papers may be served and who shall be required to electronically file all documents and things that may be filed electronically, in compliance with CM/ECF Administrative Procedures. He accepts responsibility for the progress of the case, including the trial and default of the non-resident attorney.

6. In accordance with the Local Rules of this Court, Jeffrey S. Sherbow has made payment of this Court's admission fee.

7. Pursuant to Section 2B of the CM/ECF Administrative Procedures, the undersigned respectfully requests this Court to permit Jeffrey S. Sherbow to receive electronic filings in this case.

8. Jeffrey S. Sherbow, by and through designated counsel and pursuant to Section 2B

of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jeffrey S. Sherbow at jeff@sherbowlaw.com.

WHEREFORE, Plaintiff and Neal G. Rosensweig respectfully moves this Court to enter an Order for Jeffrey S. Sherbow to appear before this Court on behalf of Plaintiff Global Licensing Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jeffrey S. Sherbow. A proposed Order is attached hereto for this Court's convenience.

Dated: August 28, 2018

Respectfully submitted,

By: /s/ Neal Gary Rosensweig, Esq.
Neal G. Rosensweig (Fla. Bar No. 0100773)
NEAL GARY ROSENSWEIG P.A.
P.O. Box 814598
Hollywood, Florida 33081-4598
Phone: (954) 962-772
nealrose@mindspring.com

and

Jeffrey S. Sherbow (*PHV Application Pending*)
(MI Bar Number P 25324)
Matthew S. Wood (*PHV Application Pending*)
MI Bar Number P 74329)
LAW OFFICES OF JEFFREY S. SHERBOW PC.
2446 Orchard Lake Road
Sylvan Lake, Michigan 48320
Phone: (248) 481-9362
Fax: (865) 523-6529
jeff@sherbowlaw.com
msw@sherbowlaw.com

*Attorneys for Plaintiff Global Licensing Inc.*

## CONSENT TO DESIGNATION

I, Neal Gary Rosensweig, herby consent to the foregoing designation.

/s/ Neal Gary Rosensweig
Neal Gary Rosensweig
Florida Bar No. 0100773

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLOBAL LICENSING, INC.,
a Michigan Corporation,

        Case No: 8:18-cv-2113-T-23AAS

    Plaintiff,

v.

THE VUE GENTLEMAN'S CLUB, an Unknown
Business Entity and MICHAEL TOMKOVICH
an Individual

    Defendants.
_____/

## CERTIFICATION OF JEFFREY S. SHERBOW

Jeffrey S. Sherbow, pursuant to Rule 2.02 of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) he has studied the Local Rules of the United States District Court for the Middle District of Florida; (2) is a member in good standing of the Michigan State Bar and the US District Courts in both the Eastern and Western Districts of Michigan; and has complied with the registration requirements of Local Rule 2.01(d).

        /s/ Jeffrey S. Sherbow
        Jeffrey S. Sherbow
        Michigan Bar No. (P25324)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on the service list.

/s/ Neal Gary Rosensweig
Neal Gary Rosensweig
Florida Bar No. 0100773

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLOBAL LICENSING, INC.,
a Michigan Corporation,

        Plaintiff,

v.

THE VUE GENTLEMAN'S CLUB, an Unknown
Business Entity and MICHAEL TOMKOVICH
an Individual
        Defendants.
_____/

Case No: 8:18-cv-2113-T-23AAS

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICE OF <u>ELECTRONIC FILING</u>**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Jeffrey S. Sherbow, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Middle District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Motion is GRANTED. Jeffrey S. Sherbow may appear and participate in this action on behalf of Plaintiff, GLOBAL LICENSING, Inc., a Michigan Corporation. The Clerk shall provide electronic notification of all electronic filings to Jeffrey S. Sherbow, at <u>jeff@sherbowlaw.com</u>.

DONE AND ORDERED in Chambers at _____, Florida, this_____day of_____.

_____
U.S. DISTRICT JUDGE

Copies furnished to: All Counsel of Record

7